UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE J. BITTER, individually, and on behalf of all others similarly situated; DUANE W. LOWRIE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., SCHERING-PLOUGH CORPORATION, and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | Case No. 3:08-cv-00064-LRH-VPC<br><br><br><br><u>**ORDER EXTENDING TIME TO RESPOND TO CLASS ACTION COMPLAINT**</u> |

This matter having come before the Court on application of the defendants for an extension of time to answer, move, or otherwise respond to the Complaint pending a decision on centralization of this and other matters by the Judicial Panel on Multidistrict Litigation ("MDL Panel") in MDL Docket No. 1938, *In Re Vytorin/Zetia Marketing, Sales and Products Liability Litigation*, and the plaintiffs having consented to the extension on the terms set forth below, it is hereby

ORDERED that defendants shall notify the Court of the decision of the MDL Panel within three business days after the MDL Panel issues its decision; and it is further

ORDERED that the time within which defendants may answer, move or otherwise respond to the Complaint in the above matter is hereby extended to a date to be set at the first scheduling conference after the MDL Panel issues its decision; and it is further

ORDERED that if defendants file a responsive pleading in any other similar action pending in another federal district court, they shall notify plaintiffs' counsel before filing such a pleading, and plaintiffs may then file a motion to amend this Order. Defendants reserve the right to oppose such a motion.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 3, 2008

Submitted by:

MORRIS PICKERING & PETERSON

By: _____
Kristina Pickering, No. 992
Denise Barton, No. 5579
Robert R. McCoy, No. 9121
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendants
Merck & Co., Inc., Schering-Plough Corporation and Merck/Schering-Plough Pharmaceuticals